IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | NO. 4:25-cr-00018-SMR-WPK |
| Plaintiff,         ) | |
| ) | ORDER ACCEPTING |
| vs.         ) | MAGISTRATE JUDGE'S REPORT |
| ) | AND RECOMMENDATION |
| ETHAN JAY SEALS,         ) | REGARDING DEFENDANT'S |
| ) | GUILTY PLEA |
| Defendant.         ) | |

## I.  INTRODUCTION AND BACKGROUND

On March 31, 2025, an Information was returned against Defendant Ethan Jay Seals, charging him in Count 1 with conspiracy, in violation of Title 18, United States Code, Section 371. Count 2 charged Defendant with theft of firearms from a federal firearms licensee, in violation of Title 18, United States Code, Sections 922(u) and 924(i).

On March 31, 2025, Defendant appeared before United States Magistrate Judge William P. Kelly, and entered a plea of guilty to Counts 1 and 2 of the Information. On this same date, Judge Kelly filed a Report and Recommendation in which he recommends that Defendant's guilty plea be accepted. No objections to Judge Kelly's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Kelly's recommendation to accept Defendant's plea in this case.

## II.  ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon review of Judge Kelly's findings and conclusions, that there is no ground to reject or modify them. Therefore, the Court **accepts** Judge Kelly's Report and Recommendation of March 31, 2025 [ECF No. 19], and accepts Defendant's plea of guilty in this case to Counts 1 and 2 of the Information.

IT IS SO ORDERED.

Dated this 15th day of April, 2025.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA